**FILED**
Feb 28, 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Request for Appointment of Counsel for Consultation by<br><br>MATTHEW ORNELAS, | Case №: 2:17-mj-0040 CKD<br><br>**O R D E R**<br>**APPOINTING COUNSEL**<br>**FOR CONSULTATION** |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel along with his/her request for appointment of counsel for consultation regarding resolving outstanding charges pending in the United States District Court Eastern District of Missouri.

Good cause appearing, IT IS HEREBY ORDERED, pursuant to the U.S. CONST., amend. V and VI and/or 18 U.S.C. § 3006A(a)(1), appointing the Federal Defender Office to consult with MATTHEW ORNELAS, CDCR # AV4091, P.O. Box 4000, Vacaville, CA 95696-4000, as requested.

DATED: 2/28/2017

HON. _____
United States Magistrate/District Judge